**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ELDER GEOVANY MARQUEZ-REYES,

     Petitioner,

v.                                   No. 1:26-cv-01384-DHU-GJF

TODD M. LYONS, in his official capacity as
Acting Director, Immigration and Customs Enforcement,
U.S. Department of Homeland Security; JOEL GARCIA, in
his official capacity as Field Office Director of the ICE El Paso
Field Office of Enforcement and Removal Operations, U.S.
Immigration and Customs Enforcement, U.S. Department of
Homeland Security; MARKWAYNE MULLIN, in his official
capacity as Secretary, U.S. Department of Homeland Security;
TODD BLANCHE, in his official capacity as Attorney General
of the United States; GEORGE DEDOS, in his official capacity
as Warden of the Torrance County Detention Facility,

     Respondents.

**<u>FINAL JUDGMENT</u>**

THIS MATTER is before the Court on the Order Granting Petitioner Elder Geovany

Marquez-Reyes' Petition for Writ of Habeas Corpus ("Petition"). Doc. 11. On June 25, 2026, the

Court **GRANTED** the Petition, ordering Respondents to release Petitioner within twenty-four (24)

hours of the Court's Order and subject him to the same conditions of release as his original Order

of Release on Recognizance, except for the conditions of ICE check-ins, which DHS and ICE

removed in 2023, and was, therefore, no longer a conditions when Petitioner was re-detained. *Id.*

at 3. The Court also directed the parties to submit a Joint Status Report no later than June 29, 2026,

confirming Petitioner's timely release. *Id.* at 4.

On June 29, 2026, Respondents filed a Status Report ("Report"). Doc. 12. In the Report,

Respondents confirmed that they timely released Petitioner on June 26, 2026. *Id.* at 1. Respondents

also provided the Court with Petitioner's release documents. *Id.* at 3-7.

Pursuant to Fed. R. Civ. P. 58(a), the Court will now issue its final judgment disposing of the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Elder Geovany Marquez-Reyes' Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED**, and the Clerk's Office may close this civil habeas case.

**IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE